AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAVID KNUTSON,<br><br>*Plaintiff(s)*<br>v.<br><br>OCEANIA CRUISES S. de R.L., LLC<br>a/k/a OCEANIA CRUISES S. de R.L.<br>d/b/a OCEANIA CRUISES,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-20272-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OCEANIA CRUISES S. de R.L., LLC a/k/a OCEANIA CRUISES S. de R.L.
d/b/a OCEANIA CRUISES
by serving its Registered Agent
FARKAS, DANIEL S, ESQ
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth Irazabal
Lipcon, Margulies & Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 24, 2023

Angela E. Noble
Clerk of Court

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts